**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| In Re: | ) | Case No.  11-06800-JW |
|---|---|---|
| NMFC, LLC, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |

**TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS**

Enclosed from the office of John K. Fort, Trustee for the above-referenced case is check number 149 in the amount of $13,944.48 representing monies designated as dividends to unsecured creditors as follows:

| Creditor | Claim Number | Failure to Clear | Returned Mail | BR3010 | Amount |
|---|---|---|---|---|---|
| CECCATO SPA<br>Via G. Brodini 13<br>20863 Corcorezzo, Italy | 16 | X | | | $253.22 |
| ISLES CAPTIAL, LP<br>C/O E. Giles<br>645 Madison Avenue, 8th Floor<br>New York, NY   10022 | 25 | X | | | $6,538.04 |
| CHARLES F. STONE, III<br>62 Beacon Street, Apt. 5<br>Boston, MA   02108 | 29 | X | | | $6,889.95 |
| ADVAERO TECHNOLOGIES<br>c/o Greg Bowers<br>2901 East Lee Street, Ste. G300<br>Greensboro, NC   27410-4908 | 30 | X | | | 263.27 |
| Total | | | | | $13,944.48 |

DATE   August 26, 2016

*/s/ John K. Fort*
JOHN K. FORT, TRUSTEE

If reason for return is other than those listed, please note reason

(FOR BANKRUPTCY COURT USE ONLY)                BANKRUPTCY TRUSTEE LEDGER

TITLE:                                                                 DOCKET:

| Date | Receipt No. | Received | Disbursed | Balance |
|------|-------------|----------|-----------|---------|
|      |             |          |           |         |
|      |             |          |           |         |
|      |             |          |           |         |
|      |             |          |           |         |